UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KASIB SHAMSIDEEN,

                Petitioner,

-against-                               21 **CIVIL** 7783 (KMK)

## **JUDGMENT**

UNITED STATES OF AMERICA.,

                Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 29, 2025, the Petition is dismissed with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111–12 (2d Cir. 2000), and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                         **BY:**
                                                   **Deputy Clerk**